KELLY, C.J. I would grant leave to appeal to reconsider *People v Maxson,* 482 Mich 385 (2008).

CAVANAGH, J. I would grant leave to appeal.

LIVINGSTON V WASHTENAW CIRCUIT JUDGE, No. 137932; Court of Appeals No. 288273.

PEOPLE V ROGERS, No. 137939; Court of Appeals No. 279521.

PEOPLE V PAIGE, No. 137945; Court of Appeals No. 288049.

PEOPLE V MARCUS HUNTER, No. 137947; Court of Appeals No. 280677.

KRUSE V CORT FURNITURE RENTAL, No. 137952; Court of Appeals No. 286375.

PEOPLE V BRICKER, No. 137956; Court of Appeals No. 277716.

WILLIAMS V FRANKENMUTH BAVARIAN INN, INC, No. 137958; Court of Appeals No. 283898.

PEOPLE V BARRY ADAMS, No. 137959; Court of Appeals No. 276845.

PEOPLE V JERRY ANDERSON, No. 137961; Court of Appeals No. 287881.

PEOPLE V WELCH, No. 137962; Court of Appeals No. 288426.

THE BEHLER-YOUNG COMPANY V AC BEAUDRY, INC, No. 137966; Court of Appeals No. 277775.

PEOPLE V BOND, No. 137975; Court of Appeals No. 280616.

ANGLIN V DELPHI AUTOMOTIVE SYSTEMS, INC, No. 137976; Court of Appeals No. 287097.

BANKS V GENERAL MOTORS CORPORATION, No. 137977; Court of Appeals No. 287096.

PEOPLE V SHAMBLEN, No. 137981; Court of Appeals No. 288085.

PEOPLE V WERTH, No. 137985; Court of Appeals No. 288151.

SCOTTI V SCOTTI, No. 137991; Court of Appeals No. 279672.

PEOPLE V JOHNNY ADAMS, No. 138005; Court of Appeals No. 276204.

PEOPLE V TAMIKA WILLIAMS, No. 138008; Court of Appeals No. 279631.

PEOPLE V MCCRARY, No. 138014; Court of Appeals No. 280085.
HATHAWAY, J. *(not participating).* I recuse myself and will not participate in this case as I was the presiding trial judge. See MCR 2.003(B).

PEOPLE V MACCORMICK, No. 138022; Court of Appeals No. 288448.

MCCARTHY V SCOFIELD, No. 138034; Court of Appeals No. 284129.

PEOPLE V STEUDLE, No. 138035; Court of Appeals No. 288078.